**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Chanler S. Johnson** | Social Security number or ITIN **xxx–xx–1064** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number: **19–20350**

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chanler S. Johnson

October 16, 2019                                        **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                             United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 19-20350-ABG
Chanler S. Johnson                                                      Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                  Page 1 of 1                  Date Rcvd: Oct 16, 2019
                               Form ID: 318                 Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db             +Chanler S. Johnson,    1950 Beechwood Ave,    Gurnee, IL 60031-1788
28030458       +City of Chicago,    205 W Randolph # 1100,    c/o Goldman and Grant,    Chicago, IL 60606-1813
28030457       +City of Waukegan,    Po Box 457,   Wheeling, IL 60090-0457
28030451       +Credit Acceptance Corp,    PO BOX 513,    SOUTHFIELD, MI 48037-0513
28030456       +Gurnee - Parking Tickets,    325 N. O'Plaine,    Gurnee, IL 60031-2636
28030455       +Illinois Tollway,    2700 Ogden Ave,    Legal Dept,    Downers Grove, IL 60515-1703
28030449       +MIDWEST RECEIVABLE SOL,    2323 GULL RD STE E,    KALAMAZOO, MI 49048-1400
28030454       +North Shore Gas,    200 E Randolph St,    Chicago, IL 60601-6433
28030462       +Speedy Loan - Waukegan,    2850 Belvidere Rd,    Waukegan, IL 60085-6040
28030443       +US DEPT OF ED/GLELSI,    2401 Internal Lane,    Attn: Chhengre Lim,    Madison, WI 53704-3121
28030459       +Village of Round Lake Beach,    1937 N. Municipal Way,    Round Lake, IL 60073-4915
28030452       +Vista Medical Center East,    Po Box 504316,    Saint Louis, MO 63150-4316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28033479       +EDI: AAEO.COM Oct 17 2019 06:28:00      Aarons,   7311 S. Ashland,    Chicago Illinois 60636-4052
28030453       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 17 2019 03:14:57       Commonwealth Edison,
                 3 Lincoln Ctr Fl 4,    Oakbrook Ter, IL 60181-4204
28030445       +EDI: DCI.COM Oct 17 2019 06:28:00      DIVERSIFIED CONSULTANT,    10550 DEERWOOD PARK BLVD,
                 JACKSONVILLE, FL 32256-0596
28030447        E-mail/Text: operationsclerk@easypayfinance.com Oct 17 2019 03:10:35       EASYPAY/DVRA,
                 2701 LOKER AV WEST,    CARLSBAD, CA 92008
28030461        E-mail/Text: operationsclerk@easypayfinance.com Oct 17 2019 03:10:35       Easypay Finance,
                 Po Box 2549,   Carlsbad, CA 92018
28030444       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 17 2019 03:13:34       HWARFIELD,
                 4620 WOODLAND CORPORATE BLVD,    TAMPA, FL 33614-2415
28030450       +EDI: IIC9.COM Oct 17 2019 06:28:00      I.C. SYSTEM, INC,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
28030446       +EDI: CHASE.COM Oct 17 2019 06:28:00      JPMCB CARD,    P.O. BOX 15298,
                 WILMINGTON, DE 19850-5298
28030463       +EDI: CBSPLS.COM Oct 17 2019 06:28:00      PLS,   2510 Grand Ave,    Waukegan, IL 60085-3317
28030448       +EDI: PRA.COM Oct 17 2019 06:28:00      PORTFOLIO RECOV ASSOC,    POB 41067,
                 Norfolk, VA 23541-1067
28030460        E-mail/Text: ecfbankruptcy@progleasing.com Oct 17 2019 03:13:52       Progressive Leasing,
                 10619 South Jordan Gateway # 100,    South Jordan, UT 84095
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    Credit Acceptance Corporation shermlaw13@aol.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sarah A Lentes    on behalf of Debtor 1 Chanler S. Johnson slentes@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
                                                                                              TOTAL: 4
```